1  James B. Macy [SBN 071777]
   LAW OFFICES OF JAMES B. MACY
2  Attorney at Law
   7309 Stockton Boulevard, Suite B
3  Sacramento, CA 95823

4  916-392-5685
   916-392-5687 (FAX)
5
   Attorney for MIKE H. MARK dba
6  WEI WEI CHINESE RESTAURANT

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11                       --oo0oo--

12
   SCOTT N. JOHNSON,                 Case No. 04-2712 EJG DAD
13
           Plaintiff,                **SUBSTITUTION OF ATTORNEY**
14 v.

15 MIKE H. MARK dba
   WEI WEI CHINESE RESTAURANT,
16 et. al.,

17         Defendants.
                                  /
18

19 Defendant MIKE H. MARK dba WEI WEI CHINESE RESTAURANT, *in pro se*, hereby

20 substitutes as his attorney of record:

21         **JAMES B. MACY**
           **Attorney at Law**
22         **7309 Stockton Boulevard, Suite B**
           **Sacramento, California 95823**
23         **916-392-5685**
           **916-392-5687 (FAX)**
24

25

26

27  _____

28 **DEFENDANT MIKE H. MARK DBA WEI WEI CHINESE RESTAURANT'S
   SUBSTITUTION OF ATTORNEY**                                          Page 1

1 | Respectively submitted,

2 | DATED: 4/22/05

3

4 | /S/ AUTHORIZED BY CLIENT ON 4/25/05

5 | _____
MIKE H. MARK dba WEI WEI CHINESE
RESTAURANT, Appearing In Pro Se

6

7 | I hereby accept this Substitution of Attorney.

8 | DATED: 4/25/05

9 | /S/ ON 4/25/05

10 | _____

11 | JAMES B. MACY
Attorney at Law

12 | IT IS SO ORDERED.

13 | DATED: April 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/johnson2712.subatty

**DEFENDANT MIKE H. MARK DBA WEI WEI CHINESE RESTAURANT'S SUBSTITUTION OF ATTORNEY**   Page 2