IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

  v.

MIKE H. MARK, individually and doing business as WEI CHINESE RESTAURANT,

        Defendant.
_____/

No.  CIV.S-04-2712 DFL DAD PS

ORDER TO SHOW CAUSE

        This action has been assigned to United States District Judge David F. Levi and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

        This matter came before the court on June 3, 2005, at 11:00 a.m. for a Status (Pretrial Scheduling) Conference.  While a copy of the Order Setting Status (Pretrial Scheduling) Conference was served on plaintiff and defendant, both parties failed to appear at the status conference.  Nor were any status reports filed as required.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within twenty (20) days why this case should not be dismissed for failure to prosecute;

2. Defendant shall show cause in writing within twenty (20) days why monetary sanctions should not issue for his failure to appear and file a status report; and

3. Failure to timely file the required writings will result in the imposition of sanctions, up to and including the recommendation of dismissal.

IT IS SO ORDERED.

DATED: June 6, 2005.

                                                                          *Dale A. Drozd*
                                                                          DALE A. DROZD
                                                                          UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\pacificstates1121.osc