IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                           No.  CIV.S-04-2712 DFL DAD PS

      Plaintiff,

  v.                                        <u>ORDER</u>

MIKE H. MARK, individually
and doing business as WEI
CHINESE RESTAURANT,

      Defendant.
_____/

      The parties having filed the required writings explaining their failure to appear at the recent status conference in this matter, the order to show cause filed on June 7, 2005, is hereby discharged.  The Status (Pretrial Scheduling) Conference is re-set for **August 12, 2005, at 11:00 a.m.**  Each side shall file a status report no later than five (5) days before the status conference.

DATED: June 28, 2005.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

orders.prose\johnson2712.discharge