IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                          No. CIV.S-04-2712 DFL DAD PS

      Plaintiff,

  v.                                       ORDER

MIKE H. MARK, individually
and doing business as WEI
CHINESE RESTAURANT,

      Defendant.
_____/

      This matter came before the court on August 19, 2005, for a status (pretrial scheduling) conference. Scott Johnson, proceeding pro se, appeared on his own behalf. James Macy appeared on behalf of defendant. Having considered the status reports on file, and after hearing from the parties, IT IS HEREBY ORDERED that:

      1.  Defendant shall file its motion to dismiss on or before September 5, 2005;

      2.  Plaintiff's written opposition is due on before September 16, 2005;

1

3.  Defendant shall have through September 23, 2005, to file any reply; and

4.  A further status conference and the hearing on defendant's motion to dismiss is SET for September 30, 2005, at 10:00 a.m. in Courtroom 27 before the undersigned.

IT IS SO ORDERED.

DATED: August 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
orders.prose\johnson2712.discharge