IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                          No.  CIV.S-04-2712 DAD

      Plaintiff,

  v.                                       <u>ORDER</u>

MIKE H. MARK, individually
and doing business as WEI
CHINESE RESTAURANT,

      Defendant.
_____/

      This matter came before the court on September 30, 2005, for hearing on defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  Scott Johnson, proceeding pro se, appeared on his own behalf.  James Macy appeared on behalf of defendant.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons more fully explained on the record during the hearing, the court finds that plaintiff's complaint (<u>see</u> Compl. paras. 3 & 15)

1  alleges facts sufficient to establish actual or imminent injury for
2  purposes of standing.  See Pickern v. Holiday Quality Foods, Inc.,
3  293 F.3d 1133, 1138 (9th Cir. 2002); Molski v. Arby's Huntington
4  Beach, 359 F. Supp. 2d 938, 947 (C.D. Cal. 2005).  Defendant's
5  argument to the contrary is therefore rejected.
6          Accordingly, IT IS HEREBY ORDERED that defendant's motion
7  to dismiss is denied.
8  DATED: October 11, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
orders.prose\johnson2712.mtd