1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT N. JOHNSON,                         No.  CIV.S-04-2712 DAD

12          Plaintiff,

13      v.                                     ORDER

14  MIKE H. MARK, individually
    and doing business as WEI
15  CHINESE RESTAURANT,

16          Defendant.
    _____/
17

18          Pursuant to the stipulation of dismissal executed and filed

19  by the parties, this action is hereby dismissed with prejudice.  See

20  Fed. R. Civ. P. 41(a)(1)(ii).  The Clerk of the Court is directed to

21  close the file.

22          IT IS SO ORDERED.

23  DATED: December 12, 2005.

24

25                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
26  DAD:th
    Ddad1/orders.consent/johnson1712.dism